J. W. PRITCHETT, GEO. G. THOMAS AND JOHN A. PRITCHETT, TRUSTEES FOR MEMORIAL APARTMENT HOTEL SYNDICATE, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 29754. Promulgated October 25, 1929.

*Edwin A. Price, Esq.,* and *Thomas W. Schlater, Jr., Esq.,* for the petitioners.
*A. H. Fast, Esq.,* for the respondent.

1072

OPINION.

TRAMMELL: The respondent determined a deficiency against the Memorial Apartment Hotel Syndicate for the period June 1 to December 31, 1925, and asserted a 25 per cent penalty for failure to file a return. There is no complaint respecting the correctness of the respondent's computations of tax and penalty, but the question is whether said syndicate is an "association" taxable as a corporation, under the provisions of the Revenue Act of 1924, as determined by the respondent, or whether it is a trust and taxable only as such, as contended by the petitioners.

The same question was before us in *J. W. Pritchett et al., Trustees for Hillsboro Court Syndicate*, 17 B. T. A. 1056, decided this date, wherein we held that since the syndicate, acting through its trustees, was actively engaged in carrying on a business enterprise for profit, it constituted an "association" taxable as a corporation, under the provisions of the statute. Our decision in the *Hillsboro Court Syndicate* case is controlling here. Accordingly, the determination of the respondent is approved.

*Judgment will be entered for the respondent.*